# United States District Court
## WESTERN DISTRICT OF TENNESSEE

**JUDGMENT IN A CIVIL CASE**

MICHAEL MILLS,
Plaintiff,

v.

CASE NUMBER: 1:11-cv-1281-T

TENNESSEE DEPARTMENT
OF CORRECTION, et al.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/16/13, the Court grants Defendant's Motion for Summary Judgment.

APPROVED:

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK